# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael A. Fabian                                           CHAPTER 13
                    Debtor(s)

                                                                   BKY. NO. 23-22747 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-B and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
02 Jan 2024, 17:45:24, EST

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 5207436800e0bb2471d325e2e9be9e0e9ecd9edbf20c7c55ee6d0fa3dfcd0a6d