Form RSC13

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 23−22747−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
    Michael A. Fabian
    dba Fabian Construction
    590A Marguerite Rd.
    Latrobe, PA 15650

Social Security No.:
    xxx−xx−6346

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>May 13, 2024<br>09:00 AM<br>Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | CONFIRMATION HEARING DATE/TIME/LOC<br>May 13, 2024<br>09:00 AM<br><br>Same location as<br>Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/25/24

BY THE COURT

Carlota M Bohm
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael A. Fabian  
    Debtor

Case No. 23-22747-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Mar 25, 2024     Form ID: rsc13     Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Fabian, 590A Marguerite Rd., Latrobe, PA 15650-5166 |
| 15669553 | | Derry Borough Municipal Authority, 5760 PA-982, New Derry, PA 15671 |
| 15669554 | + | Derry Township Municipal Authority, 600 Clearwater Rd., Hershey, PA 17033-2453 |
| 15669557 | | Surge Credit Card Company, Continental Finance, PO Box 8099, Newark, DE 19714-8099 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 26 2024 00:21:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 26 2024 00:21:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15682733 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2024 00:36:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15683065 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 26 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15669555 | ^ | MEBN | Mar 26 2024 00:19:55 | Peoples Natural Gas Company, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15673941 | + | Email/Text: ebnpeoples@grblaw.com | Mar 26 2024 00:21:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15669556 | ^ | MEBN | Mar 26 2024 00:19:17 | Select Portfolio Servicing, c/o KML Law Group, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 15673226 | | Email/PDF: ebn_ais@aisinfo.com | Mar 26 2024 00:36:33 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15692797 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 26 2024 00:22:00 | U.S. Bank Trust National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15681661 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 26 2024 00:21:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15669558 | | Email/Text: bankruptcy@firstenergycorp.com | Mar 26 2024 00:21:00 | West Penn Power Company, Customer Service Center, P.O. Box 1392, Fairmont, WV 26555-1392 |

TOTAL: 11

Case 23-22747-CMB    Doc 26    Filed 03/27/24    Entered 03/28/24 00:27:29    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2024 | Form ID: rsc13 | Total Noticed: 15 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, not in its i |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:

**Name**     **Email Address**

Denise Carlon
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-B dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Kenneth Steidl
on behalf of Debtor Michael A. Fabian julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5